# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **JONATHAN RAY GAMBLE,**<br><br>  Plaintiffs,<br><br>v.<br><br>**FAST STOP, et al.,**<br><br>  Defendants. | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 1:23-CV-129-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On February 13, 2026, Magistrate Judge Romero issued a Report and Recommendation [ECF No. 34], recommending that Defendants Fast Stop and Sam Shahram's Motion to Dismiss be granted, and Plaintiff's Title VII claims and state law claims be dismissed. The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.

As of the date of this Order, Plaintiffs have not submitted an objection. The deadline for submitting an objection has passed.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Romero's recommendations. Magistrate Judge Romero previously screened Plaintiff's Amended

Complaint under 28 U.S.C. § 1915 and ordered service only as to Defendant Fast Stop. The court agrees that Plaintiff did not sufficiently state a Title VII claim and that it is appropriate for the court to decline to exercise supplemental jurisdiction over Plaintiff's state law claims. Therefore, the court adopts and affirms Magistrate Judge Romero's Report and Recommendation as the order of the court. Accordingly, Plaintiff's Title VII claims are dismissed for failure to state a claim, and his state law claims are dismissed without prejudice because the court declines to exercise supplemental jurisdiction over them. Because this resolves all the claims against the served Defendants, this action is closed.

      DATED this 9th day of March 2026.

                                    BY THE COURT:

                                    _____
                                    DALE A. KIMBALL
                                    United States District Judge